IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Kara Bays,

        Defendant.

Case No. 3:16-cr-164

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Kara Bays, hereby waives her right to a speedy trial in order to seek alternative disposition of her case. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance, November 22, 2017, are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 3-1-2017

_____
United States Magistrate Judge

Defendant: *Kara Bays*

Defense Counsel: *[signature]*